# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEGWAY INC., DEKA PRODUCTS LIMITED PARTNERSHIP and NINEBOT (TIANJIN) TECHNOLOGY CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SWAGWAY, LLC <br><br> Defendant. | C.A. 15-1198-SLR-SRF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, Plaintiffs Segway Inc., DEKA Products Limited Partnership, and Ninebot (Tianjin) Technology Co., Ltd. and Defendant Swagway, LLC, hereby dismiss this action with prejudice, including all known claims, defenses and counterclaims asserted, or which could have been asserted, with each side to bear its own attorneys' fees and costs.

Dated:    August 24, 2022

| OFFIT KURMAN, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Thomas H. Kramer* <br> Thomas H. Kramer (#6171) <br> 222 Delaware Avenue, #1105 <br> Wilmington, DE 19801 <br> tom.kramer@offitkurman.com <br> Tel: (302) 351-0908 <br><br> *Attorneys for Plaintiffs Segway Inc., DEKA Products Limited Partnership and Ninebot (Tianjin) Technology Co. Ltd.* | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (# 4395) <br> Christine D. Haynes (#4697) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> Tel: (302) 651-7700 <br> Farnan@rlf.com <br> Haynes@rlf.com <br><br> *Attorneys for Defendant Swagway, LLP* |

OF COUNSEL:

Tony V. Pezzano
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, New York 10022
Tel: (929) 476-0045

Maureen K. Toohey
TOOHEY LAW GROUP LLC
340 Commercial Street
Manchester, NH 03101
Tel: (603) 206-0200

Ping Gu
ZHONG LUN LAW FIRM
36-37/F, SK Tower
6A Jianguomenwai Avenue
Chaoyang District
Beijing 100022
People's Republic of China
Tel: 86-10-5957-2288

OF COUNSEL:

Lei Mei
Mei & Mark LLP
818 18th Street, NW, Suite 410
Washington, D.C. 20006
Tel: (888)-860-5678
mei@meimark.com

 

SO ORDERED this \_\_\_\_ day of _____, 2022.

_____
United States District Judge

4865-2628-2031, v. 1